# Order

Michigan Supreme Court
Lansing, Michigan

June 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154441 & (67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

VICKERY JEROME McCRAY,
      Defendant-Appellant.

SC: 154441
COA: 325362
Ingham CC: 13-001154-FC

_____/

On order of the Court, the application for leave to appeal the July 26, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to compel discovery is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



a0619

Clerk